FILED
 2015 Jun-25 PM 02:09
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| CHRISTOPHER HARRISON,  )   <br>          Plaintiff,       ) <br>                                         ) <br> v.                                     ) <br>                                         ) <br> ST. CLAIR CORRECTIONAL FACILITY,  ) <br> et al.,                              ) <br>          Defendants.     ) | Case No:  4:15-cv-264-MHH-TMP |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 4, 2015, recommending that the constitutional claims in this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  (Doc. 9). The magistrate judge further recommended that this court decline to exercise jurisdiction over the plaintiff's state law claims.  No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the constitutional claims are due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted, and jurisdiction over the plaintiff's state law claims is due to be declined.  A Final Judgment will be entered.

**DONE** and **ORDERED** this June 25, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE